Jeffrey I. Hasson, WSBA No. 23741
Hasson Law, LLC
9385 SW Locust Street
Tigard, OR 97223
Phone: (503) 255-5352
Facsimile: (503) 255-6124
E-Mail: hasson@hassonlawllc.com

Honorable David G. Estudillo

*Attorney for Defendant Saba Commercial Service Corporation d/b/a Saba & Associates*

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| ROBERT TAYLOR and MIRANDA TAYLOR,<br><br>Plaintiffs,<br><br>vs.<br><br>RETINA INSTITUTE, PLLC and SABA COMMERCIAL SERVICE CORPORATION d/b/a SABA & ASSOCIATES,<br><br>Defendants. | Case No.: 3:22-CV-05502-DGE<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE<br><br>NOTE ON THE MOTION CALENDAR: November 28, 2022 |

**STIPULATION**

Plaintiff and Defendants, by and through undersigned counsel, hereby stipulate that this action and all claims herein may be dismissed with prejudice and without an award of attorney fees or costs to any party.

///

///

///

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE -- Page 1
Case No.: 3:22-CV-05502-DGE

HASSON LAW, LLC
9385 SW Locust Street
Tigard, OR 97223
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

1  /s/ Robert W. Mitchell
   Robert W. Mitchell, WSBA No. 37444
2  Email: bobmitchellaw@yahoo.com

3  Attorney for Plaintiff

4  Dated: November 29, 2022

/s/ Jeffrey I. Hasson
Jeffrey I. Hasson, WSBA No. 23741
Hasson Law, LLC
Email: hasson@hassonlawllc.com

Attorney for Defendant Saba Commercial Service Corporation

Dated: November 29, 2022

/s/ Adam G. Snyder
Adam G. Snyder, WSBA No. 25650
Ogden Murphy Wallace, PLLC
Email: asnyder@omwlaw.com

Attorney for Defendant Retina Institute, PLLC

Dated: November 29, 2022

## ORDER

This matter having come on for consideration on the foregoing Stipulation of Plaintiff and Defendants, the Court orders as follows:

ORDERED, ADJUDGED and DECREED that Plaintiff's claims herein are dismissed with prejudice and without an award of fees or costs to any party.

IT IS SO ORDERED.

Dated: November 29, 2022

David G. Estudillo
United States District Judge

Presented by:

/s/ Jeffrey I. Hasson
Jeffrey I. Hasson, WSBA No. 23741
Hasson Law, LLC
*Attorney for Defendant Saba*

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE -- Page 2
Case No.: 3:22-CV-05502-DGE

HASSON LAW, LLC
9385 SW Locust Street
Tigard, OR 97223
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

1

Certificate of Service

2   I hereby certify that on November 29, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Robert W. Mitchell, Adam G. Snyder, Aaron P. Riensche, and I hereby certify on that I mailed by United States Postal Service the document to the following:

3

4

5   s/ Jeffrey I. Hasson
Jeffrey I. Hasson, WSBA#23741
6   Attorney for Saba
Hasson Law, LLC
7   9385 SW Locust Street
Tigard, OR 97223
8   Phone: (503) 255-5352
Facsimile: (503) 255-6124
9   E-Mail: hasson@hassonlawllc.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

CERTIFICATE OF SERVICE -- Page 1
Case No.: 3:22-CV-05502-DGE

**HASSON LAW, LLC**
9385 SW Locust Street
Tigard, OR 97223
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124